UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MADISON, FLORIDA;<br>MADISON COUNTY, FLORIDA; and<br>ITT LLC (as Successor-in-Interest to<br>ITT THOMPSON INDUSTRIES, INC.),<br><br>Defendants. | Civil Action No. 4:26-cv-00603 |

**NOTICE OF LODGING OF CONSENT DECREE**

The United States hereby gives notice of lodging of a proposed Consent Decree in the above-captioned action. The attached proposed Consent Decree will resolve all claims alleged by the United States and the State of North Carolina against Domtar Paper Company, LLC in the Complaint filed simultaneously in this action with this Notice of Lodging.

The United States respectfully requests that the Court not sign the proposed Consent Decree at this time. Instead, consistent with Department of Justice policy and Paragraph 83 of the proposed Consent Decree, the United States will publish in the Federal Register a notice that the proposed Consent Decree has been lodged

with the Court. The Notice will solicit public comment for a period of 30 days. During the comment period, no action is required by the Court. If, after review and evaluation of any comments received, the United States continues to believe that the Consent Decree is fair, reasonable, and in the public interest, it will move the Court to enter the Consent Decree.

Respectfully submitted this 16th Day of November, 2006.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division
U.S. Department of Justice

/s/ Rachael Amy Kamons
RACHAEL AMY KAMONS (MD Bar)
Environmental Enforcement Section
Energy & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 598-9739
Email: rachael.kamons@usdoj.gov

OF COUNSEL:

DANIELLE WEIT SAVAGE
Assistant Regional Counsel
Office of Regional Counsel
U.S. EPA, Region 4