United States of America v. City of Madison, Florida;
Madison County, Florida; and ITT LLC

Proposed Consent Decree

Appendix D: Map of the Site

**Figure 1: Site Vicinity**




Disclaimer: This map and any boundary lines within the map are approximate and subject to change. The map is not a survey. The map is for informational purposes only regarding the EPA's response actions at the Site.