United States of America v. City of Madison, Florida;
Madison County, Florida; and ITT LLC

Proposed Consent Decree

Appendix E: List of Settling Defendants

1. City of Madison, Florida

2. Madison County, Florida

3. ITT LLC